1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND 12  PRODUCT LIABILITY LITIGATION 13 | CASE NO. M:05-CV-01699-CRB  MDL No. 1699 |
| 14  This Order Relates to:  15  *Betty Cruz, et al. vs. Pfizer Inc., et al.*, Case No. 3:06-CV-02954-CRB 16 | **STIPULATION AND [PROPOSED] ORDER DISMISSING PFIZER DEFENDANTS WITH PREJUDICE AND REMANDING COMPLAINT TO TRANSFEROR COURT** |

17    1.    WHEREAS Plaintiffs Betty Cruz, individually and as representative for the

18 estate of Hilario Cruz, deceased, and as surviving spouse of Hilario Cruz, deceased, and Ronnie

19 Reynaldo Cruz, individually and as heir of the estate of Hilario Cruz, deceased, and as surviving

20 son of Hilario Cruz, deceased (collectively, "Plaintiffs"), are residents of Jim Wells County,

21 Texas and citizens of the State of Texas;

22    2.    WHEREAS Defendant Pfizer Inc ("Defendant Pfizer") is incorporated in

23 the State of Delaware and has its principal place of business in the State of New York;

24    3.    WHEREAS Defendant Orlando DeHerrera, D.O. ("Defendant DeHerrera")

25 is a citizen of the State of Texas;

26    4.    WHEREAS Plaintiffs filed their Original Petition in the 79th Judicial

27 District Court of Jim Wells County, State of Texas, which Defendant Pfizer removed to the

28 United States District Court for the Southern District of Texas, Corpus Christi Division;

-1-

-2-

1   5.   WHEREAS Plaintiffs filed a motion to remand their complaint to state court, which neither the United States District Court for the Southern District of Texas, Corpus Christi Division nor this Court has adjudicated;

4   6.   WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby stipulate to dismiss any and all claims against Defendant Pfizer with prejudice, with each party to bear its own costs;

7   7.   WHEREAS Plaintiffs wish to continue to pursue certain claims against Defendant DeHerrera ("the remaining claims");

9   8.   WHEREAS the remaining claims do not involve any issues that are the subject of this multi-district proceeding; and

11   9.   WHEREAS the convenience of Plaintiffs and Defendant DeHerrera and the remaining potential witnesses will be served by remanding Plaintiffs' remaining claims to the United States District Court for the Southern District of Texas, Corpus Christi Division;

14   10.   THEREFORE the parties hereby stipulate and respectfully request that:

    a.   Plaintiffs' claims against Defendant Pfizer be dismissed in their entirety with prejudice, with each party to bear its own costs; and

17   /////
18   /////
19   /////
20   /////
21   /////
22   /////
23   /////
24   /////
25   /////
26   /////
27   /////
28   /////

EAST\42409108.1
013415-000401

STIP. & [PROPOSED] ORDER DISMISSING PFIZER DEFS. WITH PREJUDICE & REMANDING COMPL. TO TRANSFEROR COURT – M:05-CV-01699-CRB

        b.      Plaintiffs' remaining claims against Defendant DeHerrera be remanded to the United States District Court for the Southern District of Texas, Corpus Christi Division.

**IT IS SO STIPULATED.**

Dated: May 20, 2009            THE SNAPKA LAW FIRM

                               By  /s/
                                  Kathryn Snapka

                               *Counsel for Plaintiffs*

Dated: May 20, 2009            DLA PIPER US LLP

                               By  /s/
                                  Loren H. Brown

                               *Counsel for Pfizer Defendants*

Dated: May 20, 2009            STINNETT THIEBAUD & REMINGTON LLP

                               By  /s/
                                  Philipa M. Remington

                               *Counsel for Defendant Dr. Orlando DeHerrera*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____ May 21 ___, 2009      _____
                                     HONORABLE CHARLES R. BREYER
                                     UNITED STATES DISTRICT

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

-3-